**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **LEYDING RODRIGUEZ** | ) **JURY TRIAL DEMANDED** |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.** |
| | ) |
| **AMSHER COLLECTION SERVICES,** | ) |
| **INC.** | ) |
| **Defendant.** | ) |
| | ) |

---

## COMPLAINT

---

### I.      INTRODUCTION

1.      This is an action for actual and statutory damages brought by Plaintiff, Leyding Rodriguez, an individual consumer, against Defendant Amsher Collection Services, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.      JURISDICTION AND VENUE

2.      Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendant transacts business in

Kissimmee, Florida, and the conduct complained of occurred in Kissimmee, Florida.

## III.   PARTIES

3.   Plaintiff Leyding Rodriguez (hereinafter "Plaintiff") is a natural person residing in Kissimmee, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4.   Plaintiff is alleged to owe a "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) and the alleged debt at issue arose from a transaction entered into primarily for personal use.

5.   Upon information and belief Amsher Collection Services, Inc. is an Alabama corporation.

6.   Defendant Amsher Collection Services, Inc. is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another.

## IV. FACTS OF THE COMPLAINT

7.   Defendant Amsher Collection Services, Inc. (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8.    On or about December 1, 2023, Plaintiff reviewed her credit report on Experian.com.

9.    On the credit report, Plaintiff observed a trade line from Debt Collector.

10.   Debt Collector furnished a trade line of $194.00, allegedly owed to Charter Communications.

11.   On December 1, 2023, Plaintiff made a dispute via telephone.

12.   On or about January 5, 2024, Plaintiff reviewed her credit report again and Debt Collector's information was not marked disputed. Defendant has had subsequent communication with the consumer reporting agencies and failed to communicate Plaintiff's dispute.

13.   Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff and caused severe humiliation, emotional distress, mental anguish, and damage to FICO scores.

14.   Debt Collector violated 15 U.S. Code 1692e(8) by not communicating that Plaintiff disputed the debt.

## V. FIRST CLAIM FOR RELIEF
### (Amsher Collection Services, Inc.)
### 15 U.S.C 1692e(8)

15.     Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set

out herein.

16.     Debt Collector violated the FDCPA.

17.     Debt Collector's violations include, but are not limited to, the following:

(a)  Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by

failing to disclose to the consumer reporting agencies that the alleged debt was

disputed by Plaintiff.

18.     As a result of the above violations of the FDCPA, Defendant is liable to

Plaintiff for actual damages, statutory damages, and costs.

## VI.     JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that

judgment be entered in favor of Plaintiff and against Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.


Respectfully submitted,

**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
/s/ Cortney Walters, Esq
CORTNEY WALTERS, Esq.
Florida Bar No. 125159
pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney